UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL UNION OF
OPERATING ENGINEERS,
STATIONARY LOCAL #39,

        Petitioner,

   v.

CALIFORNIA SPRAY DRY MEAT
PRODUCTS,

        Respondent.
_____/

NO. CIV. S-09-0885 LKK/GGH

O R D E R

    A scheduling conference for this case is currently scheduled for June 15, 2009 at 2:30 p.m. Portions of this dispute have previously been submitted to arbitration pursuant to a collective bargaining agreement. The parties' joint status report states that "the parties jointly seek an order from the Court remanding the matter to the Arbitrator in order for the Arbitrator to enter an award specifying the remedies" and that "The parties believe that, in the interests of efficiency, it may be appropriate for the Court to stay this matter, *sua sponte*, and to remand the case to the

1

1 arbitrator for further arbitration proceedings."
2     Accordingly, this conference is VACATED.  Within ten days of
3 the date of this order, the parties SHALL either file a joint
4 stipulation and proposed stay and remand order, or separate
5 statements as to why such a stipulation could not be reached or is
6 otherwise inappropriate.
7     IT IS SO ORDERED.
8     DATED: June 11, 2009.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2