WEINBERG, ROGER & ROSENFELD
W. DANIEL BOONE
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
E-Mail: DBoone@unioncounsel.net

Attorneys for Petitioner
INTERNATIONAL UNION OF OPERATING ENGINEERS,
STATIONARY LOCAL #39

HUNTON & WILLIAMS LLP
FRASER A. McALPINE
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
E-mail: fmcalpine@hunton.com

Attorneys for Respondent
CALIFORNIA SPRAY DRY MEAT PRODUCTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY LOCAL #39<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA SPRAY DRY MEAT PRODUCTS<br><br>Respondent. | CASE NO.: 2:09-CV-00885-LKK-GGH<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY MATTER AND REMAND TO ARBITRATOR**<br><br><br>Honorable Lawrence K. Karlton |

PDF created with pdfFactory trial version www.pdffactory.com

1  This matter comes before the Court on Petitioner International Union of
2  Operating Engineers, Stationary Local #39 and Respondent California Spray Dry
3  Meat Products' Joint Stipulation To Stay Matter And Remand To Arbitrator, and the
4  other papers on file in this action.  The Court having considered the Stipulation, and
5  the other papers on file in this action, is of the opinion that the Stipulation should be
6  GRANTED.
7  IT IS HEREBY ORDERED that the Joint Stipulation To Stay Matter And
8  Remand To Arbitrator is GRANTED.
9  It is further ORDERED that this lawsuit is hereby STAYED and shall be
10 REMANDED to the Arbitrator for entry of a final or supplemental award, and the
11 parties will notify the Court within 15 days after entry of a final or supplemental
12 award.

Dated:  June 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Hunton & Williams
575 Market Street, Suite 3700
San Francisco, California 94105

74968.000001 EMF_US 27680305v1

PDF created with pdfFactory trial version www.pdffactory.com